IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIELLA HERNANDEZ,<br>            Plaintiff,<br>v.<br><br>BENJAMIN LOOSE; KURT LOOSE; BENJAMIN JENKINS; NARVON CUTTING SERVICE LLC; CHRISTOPHER WILSON; TOTAL TRANSPORTATION OF MISSISSIPPI LLC,<br>            Defendants. | CIVIL ACTION<br><br>NO. 25-5869 |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 7th day of January 2026, upon consideration of Defendants' Benjamin Loose and Kurt Loose Motion to Dismiss (ECF 13), Plaintiff's response in opposition (ECF 17), and Defendants' reply thereto (ECF 18), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 13) is **GRANTED, with leave to amend**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-5869 Hernandez v Loose\25-5869, MTD Order.docx