**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ARIELA HERNANDEZ,**<br>Plaintiff,<br>**v.**<br><br>**BENJAMIN LOOSE; KURT LOOSE; BENJAMIN JENKINS; NARVON CUTTING SERVICE LLC; CHRISTOPHER WILSON; TOTAL TRANSPORTATION OF MISSISSIPPI LLC,**<br>Defendants. | **CIVIL ACTION**<br><br>**NO. 25-5869** |

**PRETRIAL ORDER RE: SECOND AMENDED COMPLAINT AND PRETRIAL SCHEDULE**

AND NOW, this 1st day of October, 2026, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF 54), for the reasons stated in the memorandum filed on this date, it is hereby ORDERED that:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED.**
2. Plaintiff shall file the Second Amended Complaint within seven (7) days of the date of this Order.
3. Defendants shall file responsive pleadings within the time permitted by the Federal Rules of Civil Procedure.
4. Plaintiff expert reports shall be served by **December 21, 2026.**
5. Defense expert reports shall be served by **January 21, 2027.**
6. Plaintiff Pretrial Memoranda shall be filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits, by **February 1, 2027.**

7. Defense Pretrial Memoranda shall be filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits, by **February 10, 2027.**
8. The deadline for dispositive motions is **February 22, 2027.**
9. The date for entry into trial pool is **March 1, 2027.**

**BY THE COURT:**

**/s/ Michael M. Baylson**__________
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-5869 Hernandez v Loose\25-5869, Order re SAC and Pretrial Scheduling.docx